168 A.3d 1170

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID CHENEY, SR., DEFENDANT–PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005221–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.